**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Christina M. Bendas<br>　　　　　　　Debtor | BK NO. 16-03774 JJT<br><br>Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC, and index same on the master mailing list.

                                     Respectfully submitted,

                                     **/s/James C. Warmbrodt, Esquire**
                                     James C. Warmbrodt, Esquire
                                     KML Law Group, P.C.
                                     701 Market Street, Suite 5000
                                     Philadelphia, PA 19106-1532
                                     (215) 627-1322 FAX (215) 627-7734
                                     Attorney for Movant/Applicant