```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                Case No. 16-03774-JJT
Christina M Bendas                                                    Chapter 13
          Debtor                   **CERTIFICATE OF NOTICE**

District/off: 0314-4         User: karendavi          Page 1 of 1                 Date Rcvd: Mar 21, 2017
                             Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2017.
         +Line Mountain School District,   Attn: Patty Troutman,   185 Line Mountain Road,
           Herndon, PA 17830-7325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor   NATIONSTAR MORTGAGE LLC pa-bk@logs.com
              Robert  Spielman    on behalf of Debtor Christina M Bendas bobspielman@yahoo.com,
               rssecty@yahoo.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re  Case No 4:16-bk-03774-JJT
Christina M Bendas

ORDER DIRECTING WAGE ATTACHMENT

Upon consideration of the MOTION OF DEBTOR TO REQUIRE WAGE ATTACHMENT (the "Motion"), the Motion is granted, and Line Mountain School District (the "Employer") is directed as follows: a) to remit each month to the Chapter 13 Trustee the amount of $314, from sums otherwise due to be paid to the Debtor; b) to write 4:16-bk-03774 on each check remitted to the Trustee in accordance with this Order, and to mail the checks to the Trustee by first class mail, addressed as follows: Charles DeHart, III, Box 7005, Lancaster, PA 17604; c) to change the amount of the monthly remittance to the Trustee in the future, if the Employer is directed to do so in writing, either by the Trustee or by Debtor's counsel; d) to continue the monthly wage attachment until the Employer is directed in writing to discontinue the attachment, either by the Trustee or by the Debtor's counsel; e) to deduct the amount of the monthly attachment, in equal amounts, from each of the checks issued each month to the Debtor by the Employer; and (f) to pay the Debtor the amounts remaining after the deduction of the amount that is attached in accordance with this order, less such other amounts as may be required by law to be withheld from the Debtor.

Dated: March 20, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)