# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   CHRISTINA M BENDAS

     Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
     Movant

CHRISTINA M BENDAS

     Respondent(s)

CHAPTER 13

CASE NO: 4-16-03774-JJT

## CERTIFICATION OF DEFAULT

     AND NOW on October 23, 2017, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

     As of October 23, 2017, the Debtor(s) is/are $1099.00 in arrears with a plan payment having last been made on Sep 25, 2017.

     In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: October 23, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHRISTINA M BENDAS

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CHRISTINA M BENDAS

Respondent(s)

CHAPTER 13

CASE NO: 4-16-03774-JJT

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on October 23, 2017.

ROBERT SPIELMAN, ESQUIRE
29 EAST MAIN STREET
SUITE D
BLOOMSBURG, PA  17815-1485

CHRISTINA M BENDAS
918 W MARKET ST
TREVERTON, PA  17881

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  October 23, 2017