In re:  Case No. 16-03774-JJT
Christina M Bendas  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4　　　User: karendavi　　　Page 1 of 2　　　Date Rcvd: Oct 24, 2017
　　　　　　　　　　　　　　Form ID: pdf010　　　Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2017.
```
db              +Christina M Bendas,    918 W Market St,    Treverton, PA 17881-1417
4832679         +Account Discovery Suystems,    PO Box 606,    Amherst, NY 14226-0606
4832680         +Aqua Pennsylvani,    762 W Lancaster Ave,    Bryn Mawr, PA 19010-3489
4832681        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 982238,    El Paso, Alabama 79998)
4832683         +CBCS,   PO Box 2724,    Columbus, Ohio 43216-2724
4832682         +Capital One Bank,    PO Box 30281,    Salt Lake City, UT 84130-0281
4872504         +Cavalry Spv I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                 Tucson, AZ 85712-1083
4832684         +Citibank Credit Card,    PO Box 6500,    Sioux Falls , SD 57117-6500
4832685         +Citibank Credit Card  Childrens Place,    PO Box 6500,    Sioux Falls , SD 57117-6500
4832687         +Edward  T Bendas Jr,    1019 Chestnut St,    Kulpmont, PA 17834-1209
4832688         +First National Collection Bu,    610 Waltham Way,    Sparks, NV 89434-6695
4832689         +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls , SD 57104-4868
4832690         +First Source Advantage LLC,    205 Bryant Woods South,    Amherst, NY 14228-3609
4832691         +GC Services Limited Partnership,    PO Box 3346,    Houston, TX 77253-3346
4872787        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,    PO Box 619096,    Dallas, TX 75261-9741)
4832700        ++NORTHUMBERLAND COUNTY TAX CLAIM BUREAU,    399 STADIUM DRIVE,    SUNBURY PA 17801-3201
                 (address filed with court: Northumberland County Tax Claim,    399 S Fifth St,
                 Sunbury, PA 17801)
4832697         +Nationstar Mortgage 9 16,    PO Box 619063,    Dallas, TX 75261-9063
4834782         +Nationstar Mortgage LLC,    8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
4837910          Navient Solutions, Inc. on behalf of Educational,    Credit Management Corporation,
                 P.O. Box 16408,    St. Paul, MN 55116-0408
4832699        #+Northfield Group,    PO Box 129,    Thorofare, NJ 08086-0129
4832702         +PPL,   827 Hausman Rd,    Allentown, PA 18104-9392
4840857         +SANTANDER CONSUMER USA, INC.,    P.O. BOX 560284,    DALLAS, TX 75356-0284
4832703         +Santander Bank,    PO Box 841002,    Mc MA1 MB3 01 09,    Boston, MA 02284-1002
4832708         +TD Bank Target Card Services,    PO Box 660170,    Dallas, TX 75266-0170
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr               E-mail/PDF: rmscedi@recoverycorp.com Oct 24 2017 19:14:59
                 Recovery Management Systems Corporation,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
4832686         +E-mail/PDF: creditonebknotifications@resurgent.com Oct 24 2017 19:20:15     Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
4832692          E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 24 2017 19:15:35     Jefferson Capital System,
                 16 McLeland Road,    Saint Cloud, MN 56303
4870504          E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 24 2017 19:15:35     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
4832693         +E-mail/Text: BKRMailOPS@weltman.com Oct 24 2017 19:15:22     Kay Jewelrs,    375 Ghent Rd,
                 Fairlawn, OH 44333-4600
4832694         +E-mail/Text: ebn@ltdfin.com Oct 24 2017 19:15:22     LTD Financial Services,
                 7322 Southwest Freeway,    Suite 1600,    Houston, TX 77074-2134
4832695         +E-mail/Text: bankruptcydpt@mcmcg.com Oct 24 2017 19:15:27     MCM,   Box 603,
                 Oaks, PA 19456-0603
4862011         +E-mail/Text: bankruptcydpt@mcmcg.com Oct 24 2017 19:15:27     MIDLAND FUNDING LLC,
                 MIDLAND CREDIT MANAGEMENT, INC.,    as agent for MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
4832696         +E-mail/Text: bankruptcydpt@mcmcg.com Oct 24 2017 19:15:27     Midland Funding LLC,
                 2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
4832698         +E-mail/PDF: pa_dc_claims@navient.com Oct 24 2017 19:14:54     Navient,    PO Box 9655,
                 Wilkes Barre, PA 18773-9655
4832701          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 24 2017 19:20:31
                 Portfolio Recovery Associates,    120 Corporate Blvd,    Norfolk, VA 23502
4872672          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 24 2017 19:20:31
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4832924          E-mail/PDF: rmscedi@recoverycorp.com Oct 24 2017 19:14:47
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
4832704         +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2017 19:14:52     Syncrony Bank Care Credit,
                 PO Box 965036,    Orlando, FL 32896-5036
4832705         +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2017 19:14:52     Syncrony Bank JC Penney,
                 PO Box 965060,    Orlando, FL 32896-5060
4832706         +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2017 19:14:46     Syncrony Bank QVC,
                 PO Box 965060,    Orlando, FL 32896-5060
4832707         +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2017 19:14:46     Syncrony Bank Walmart,
                 PO Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 17
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +NATIONSTAR MORTGAGE LLC,    8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
                                                                          TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
              Robert  Spielman    on behalf of Debtor 1 Christina M Bendas bobspielman@yahoo.com,
               rssecty@yahoo.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                   TOTAL: 5
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **CHRISTINA M. BENDAS** | Chapter: | 13 |
| Debtor(s) | Case No.: | 4-16-bk-03774-JJT |
| **CHARLES J. DEHART, III**<br>**CHAPTER 13 TRUSTEE** | Document No.: | 34 |
| vs. Movant(s) | | |
| **CHRISTINA M. BENDAS** | | |
| Respondent(s) | | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default on Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: October 24, 2017

By the Court,

_John J. Thomas, Bankruptcy Judge_
(RPR)